UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-413-CKK |
| | : | |
| DOMINIC BOX, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CLARIFY REGARDING SPEEDY TRIAL ACT EXCLUSION AND TO EXCLUDE ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, respectfully moves this Court for clarification concerning the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, for the following reasons:

This Court previously granted the Government's Unopposed Motion for Hearing/Status Conference and for Exclusion Under the Speedy Trial Act, ECF No. 35, which sought to exclude time under the Speedy Trial Act from the date of the order (August 22, 2023) through the next hearing date, September 18, 2023. At that September 18 status conference, the Court noted that the Defendant is currently detained in Florida on state charges resulting from two arrests for driving under the influence. Therefore, the Defendant was not present at the September 18, 2023 hearing.

Although the August 22, 2023 Minute Order granted the Government's Motion, this Court also ordered the Defendant "to file a written and signed waiver indicating whether he waives his Speedy Trial Act rights from August 18, 2023 to September 18, 2023 by no later than SEPTEMBER 1, 2023." The Defendant never filed such a waiver. Accordingly, for the sake of

1

the record herein, the Government respectfully seeks to clarify whether the Court's ruling was contingent upon the filing of the waiver. *But see Zedner v. United States*, 547 U.S. 489, 501 (2006) (a defendant may not unilaterally "opt out" of the Speedy Trial Act to exclude time).

The United States understands that this Court appropriately sought to document the Defendant's lack of opposition to the Government's motion, ECF No. 35.  If, however, the Defendant's failure to file the waiver as ordered has any potential to alter this Court's determination of excludable time, the Government respectfully seeks a ruling from this Court excluding time under Speedy Trial Act independently of any waiver because (1) the Defendant is subject to other proceedings that have placed him in custody in the State of Florida, *see* 18 U.S.C. 3161(h)(1) (providing a non-exhaustive list of grounds for excluding time under the statute including *any* period of delay "resulting from other proceedings concerning the Defendant"), (2) the Government has diligently attempted to return the Defendant to this jurisdiction through two writ ad prosequendum submissions, and (3) defense counsel represented during the September 18, 2023 hearing that he has had difficulty reaching Mr. Box.  Exclusion of time is also appropriate under Section 3161(h)(7)(A) and (B)(i), because a continuance is necessary to secure the Defendant's presence in this jurisdiction and before this Court, and the Defendant's absence from his own trial or change of plea would likely make continuation of any proceeding impossible or result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(i).  Defense counsel does not take a position concerning the relief requested in this Motion.

Therefore, the Government requests exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* from the date of an order on this Motion through October 20, 2023, the next hearing date for the reasons stated above.  As noted in open Court on September 18, 2023,

the Defendant had agreed to a plea in this matter, which the Government plans to submit to the Court today. To the extent the United States has been able to communicate with opposing counsel, the Government understands that because of the Defendant's detention in Florida, defense counsel will require some amount of time to prepare the Defendant for a potential change of plea.

WHEREFORE, the Government respectfully requests that this Court clarify its August 22, 2023 Minute Order and, from the date this Court enters an Order on this Motion through and including the date of the next hearing, that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the Defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv) and because of the delay resulting from proceedings in Florida where the Defendant has been detained.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar Number 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Samantha.Miller@usdoj.gov