# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

DOMINIC X. BOX,

    Defendant.

Criminal Action No. 22-413 (CKK)

**ORDER**
(November 30, 2023)

On November 30, 2023, the Government filed a [48] Unopposed Motion to Detain Defendant Dominic Box, to Reschedule the December 1 Change of Plea Hearing, and to Exclude Additional Time Under the Speedy Trial Act.

The Court shall, in a separate Minute Order, address the rescheduling of the plea hearing and exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

As for the Government's motion to detain Defendant Dominic Box, the Defendant consents to the motion. Under 18 U.S.C. § 3148(a), "[a] person who has been released under section 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release." Specifically, "[t]he judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer finds that there is . . . clear and convincing evidence that the person has violated any other condition of release . . . [and that] the person is unlikely to abide by any condition or combination of conditions of release." 18 U.S.C. § 3148(b).

Defendant Box has repeatedly violated his pre-trial conditions, including the condition that he "must not violate federal, state, or local law while on release commit any state or federal crimes." *See* ECF No. 14 at 1. Defendant was charged with various state charges in Florida. *See generally* ECF Nos. 33, 36, 37, 38, 43, 37. Based on the record before the Court, and

pursuant to 18 U.S.C. §§ 3148(b)(1)(B) and (b)(2), the Court finds by clear and convincing evidence that Defendant Box has violated conditions of his release, that he is unlikely to abide by any condition or combination of conditions of release.

In accordance with these findings, it is hereby **ORDERED** that the Government's [48] Motion is **GRANTED** in so far as it seeks the detention of Defendant Dominic Box.  It is further **ORDERED** Defendant Box's release is **REVOKED** and that Defendant shall be **REMANDED** to the custody of the United States Marshal Service.

    **SO ORDERED**.

Dated: November 30, 2023

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge