**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.  22-cr-413 (CKK) |
| DOMINIC BOX, | |
| Defendants. | |

**PROPOSED PRETRIAL SCHEDULING ORDER**
(DATE)

                              *Proposed Deadlines*

<u>Discovery & Associated Deadlines</u>
Government to complete any final discovery under present indictment  _____
Aspirational date for grand jury decision re: superseding indictment  _____
Government to complete discovery under any superseding indictment  _____
Discovery motions (Fed. R. Crim. P. 16)  _____

<u>Expert Notices & Other Crimes Evidence</u>
Government's expert notice (FRE 701 & 702)  _____
Defendant's expert notice (FRE 701 & 702)  _____
Government's FRE 404(b) notice  _____
Defendant's response to FRE 404(b) notice  _____
*Brady* notice  _____

<u>Experts</u>
Expert reports (FRE 702)  _____
Lay witness identification and subject matter (FRE 701)  _____

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment  _____
    Government's response to Defendant's non-evidentiary motions  _____
    Defendant's reply as to non-evidentiary motions  _____
Government's non-evidentiary pretrial motions  _____
    Defendant's response to Government's non-evidentiary motions  _____
    Government's reply as to non-evidentiary motions  _____

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | _____ |
|     Government's response to Defendant's evidentiary motions | _____ |
|     Defendant's reply as to evidentiary motions | _____ |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | _____ |
|     Defendant's response to Government's evidentiary motions | _____ |
|     Government's reply as to evidentiary motions | _____ |

<u>Motions in Limine</u>
Motions *in limine* by both sides _____
Responses to motions *in limine* _____
Replies as to motions *in limine* _____

Joint notice of stipulations _____

*Giglio*, *Jencks*, and Rule 26.2 material _____

*Voir Dire* and Jury Instructions      TBD_____

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits     TBD_____
Defendant's witness list, exhibit list and exhibits     TBD_____

<u>Hearings</u>
Status Hearing _____

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**SO ORDERED.**

                                                  /s/_____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge