UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-413-CKK-1 |
| v. | : | |
| DOMINIC BOX, | : | |
| Defendant. | : | |

**JOINT MOTION TO CONTINUE MOTIONS DEADLINE TO MAY 23, 2024**

Due to the parties' near-final negotiations regarding a stipulated trial as resolution of this case, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Dominic Box respectfully move the Court to continue the currently-scheduled motions deadline in this matter from May 14, 2024 to May 23, 2024, and to modify the response and reply deadlines to May 29, 2024 and June 3, 2024, respectively.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW
Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
*Counsel for Dominic Box*

By: */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Samantha.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of May 2024, I have served this Joint Motion upon all parties in this matter through the CM/ECF system.

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
Samantha.Miller@usdoj.gov