UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00413-CKK-1 |
| | : | |
| DOMINIC BOX, | : | |
| *Defendant.* | : | |

### DEFENDANT BOX'S MOTION TO EXTEND PSR OBJECTION DEADLINE

Dominic Box, by and through undersigned counsel, respectfully submits this Motion to Extend PSR Objection Deadline. In support of this Motion, counsel submits as follows:

1. On October 22, 2024, the Court entered a Minute Order setting the sentencing hearing for February 21, 2025, a deadline government's sentencing memorandum of February 3, 2025, and a deadline for Mr. Box's sentencing memorandum of February 10, 2025.

2. Pursuant to Rule 32(e)(2) of the Federal Rules of Criminal Procedure, the probation officer must provide the presentence report to the parties at least 35 days before sentencing unless the defendant waives this minimum period.

3. Under Rule 32(f)(1) of the Federal Rules of Criminal Procedure, the parties must file objections, corrections, etc., to the Draft Presentence Investigation Report ("Draft PSR") within 14 days of the filing of the Draft PSR when the Court does not order otherwise.

4. The Final PSR must be submitted to the Court and the parties at least 7 days prior to sentencing. *See* Fed. R. Crim. P. 32(g).

5. U.S. Probation Officer Sherry Baker disclosed the Draft PSR on December 24, 2024. *See* ECF No. 103.

6.    At present, the parties' objections, corrections, etc., are due by January 7, 2025. *See* Fed. R. Crim. P. 32(f)(1).

7.    Due to the inclement weather and dangerous road conditions that are expected until 1 a.m. on January 7, 2025,[1] the defense requires a bit more time to file objections, corrections, etc., to the Draft PSR, given that discussions about the Draft PSR warrant an in-person visit due to the sensitive nature of the material.

8.    We would, therefore, request to extend the deadline by which to file our objections, corrections, etc., to the Draft PSR to on or before 11:59 p.m. on January 10, 2025.

9.    U.S. Probation Officer Sherry Baker does not oppose this request.

10.    As of the time of this filing, the government has not provided a position as to this request.

For the foregoing reasons, Dominic Box, by and through undersigned counsel, respectfully requests the aforementioned relief.

Respectfully submitted,

  /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Dominic Box*

---

[1] *See, e.g.*, "'Deteriorating conditions' and 'impassable roads': DC region faces first major snowstorm of 2025," WTOP (Jan. 6, 2025), https://wtop.com/weather-news/2025/01/first-snowstorm-of-2025-makes-its-big-entrance-to-the-dc-region/.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of January 2025, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties.

        /s/  Amy C. Collins
        Amy C. Collins