UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00413-CKK-1 |
| | : | |
| DOMINIC BOX, | : | |
| *Defendant.* | : | |

**SUPPLEMENT TO DEFENDANT BOX'S MOTION
TO EXTEND PSR OBJECTION DEADLINE**

Dominic Box, by and through undersigned counsel, respectfully submits this Supplement to his Motion to Extend PSR Objection Deadline. Earlier today, on January 6, 2025, we filed a Motion to Extend PSR Objection Deadline. *See* ECF No. 104. In the Motion, we indicated we had not yet heard back with the government's position. However, since we submitted our filing, the government has indicated it does not oppose our request.

Respectfully submitted,

  /s/  Amy C. Collins
Amy C. Collins
D.C. Bar No. 1708316
888 17th Street, NW, Suite 1200
Washington, D.C. 20006
(228) 424-0609
amy@amyccollinslaw.com
acollins@kalbianhagerty.com
*Counsel for Dominic Box*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of January 2025, I caused a true and correct copy of the foregoing Supplement to be delivered via CM/ECF to all parties.

    /s/  Amy C. Collins
Amy C. Collins